UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE L. PRICE,<br><br>        Plaintiff,<br><br>    v.<br><br>HIGH DESERT STATE PRISON EMPLOYEES,<br><br>        Defendant. | Case No. 25-cv-03446-JCS<br><br>**ORDER OF TRANSFER** |

All named defendants in this 42 U.S.C. § 1983 action were, at the time of the events giving rise to plaintiff's claims, employees of the High Desert State Prison, where the events giving rise to the claims took place. High Desert State Prison is located in Lassen County, which is in the Eastern District of California. 28 U.S.C. § 84(b). Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants are located there. *See* 28 U.S.C. §§ 1391(b) and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: April 30, 2025

                                                          JOSEPH C. SPERO<br>                                                          United States Magistrate Judge